UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUISE BARRETO,

               Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021

Civil Action No.:
1:20-CV-06828-PGG-RWL

**ORDER**

    AND, NOW, this __24__ day of March, 2021, upon consideration of Plaintiff's Motion for an extension of time to,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff will serve her written proposal of settlement on Defendant by April 21, 2021.  By May 21, 2021, the parties will either file a stipulation resolving the case or advise the Court that they have been unable to resolve the case and are proceeding to brief their respective positions.  On, or before, June 21, 2021, Plaintiff will file her motion for judgment on the pleadings and memorandum in support.  On, or before, July 21, 2021, Defendant will file his response (and any cross-motion) to Plaintiff's motion.  Plaintiff's reply, if any, will be due by August 11, 2021.

SO ORDERED:

Entered: March 24, 2021

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE