**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

LOUISE BARRETO,

                         Plaintiff,                       20 **CIVIL** 6828 (PGG) (RWL)

          -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated April 27, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is,

remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. On remand, the Administrative Law Judge will offer the

plaintiff the opportunity for a new hearing.


**Dated:** New York, New York
       April 28, 2021


                               **RUBY J. KRAJICK**
                                     _____
                                    **Clerk of Court**
**BY:**                                   
                                    **Deputy Clerk**